UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER CALABRESE,

Plaintiff,

-v-

LINCOLN LIFE & ANNUITY CO. OF NEW YORK,

Defendant.

26 Civ. 4282 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons discussed during today's conference:

- Plaintiff is to file on the docket a copy of the administrative record by November 30, 2026.
- Plaintiff's opening dispositive motion submission is due on November 30, 2026.
- Defendant's opposition is due on January 5, 2027.
- Plaintiff's reply is due on January 19, 2027.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2026
New York, New York